IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE UNIVERSITY OF PITTSBURGH – OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION, | ) ) ) ) | Civil Action No. 2:15-cv-00674 |
| Plaintiff, | ) ) ) | Honorable Judge Cathy Bissoon |
| v. | ) ) | |
| PERKINELMER, INC., | ) ) | **ELECTRONICALLY FILED** |
| Defendant. | ) ) | |

## STIPULATION AND JOINT MOTION FOR DISMISSAL OF CIVIL ACTION

Plaintiff, The University of Pittsburgh – of the Commonwealth System of Higher Education, and Defendant, PerkinElmer, Inc., by their undersigned attorneys, hereby stipulate to dismiss the above captioned civil action now pending before this Court.

The parties hereby stipulate that all claims of infringement as to the remaining patents-in-suit, U.S. Patent Nos. 7,867,752, 8,445,261, and 8,859,263, asserted by Plaintiff against Defendant are dismissed with prejudice.

The parties hereby further stipulate that all counterclaims of non-infringement and invalidity as to U.S. Patent Nos. 7,867,752, 8,445,261, and 8,859,263 asserted by Defendant against Plaintiff are dismissed with prejudice.

The parties hereby further stipulate that each party shall bear its own costs, expenses, and attorneys' fees.

In light of the foregoing, the parties jointly move for dismissal of the above captioned action as state above based on the foregoing stipulations.

WHEREFORE, the parties respectfully request that this Court enter the jointly submitted Order To Dismiss.

                                                Respectfully submitted,

Dated:  April 20, 2016

| By: /s/ Dalila Argaez Wendlandt | By: s/ Charles H. Dougherty, Jr. |
|---|---|
| Dalila Argaez Wendlandt (*pro hac vice*)<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199<br>(617) 951-7884<br>Dalila.Wendlandt@ropesgray.com<br><br>Crystal Lohmann Parker (*pro hac vice*)<br>Ropes & Gray LLP<br>1211 Ave. of the Americas<br>New York, NY 10036<br>(212) 596-9023<br>Crystal.Parker@ropesgray.com<br><br>Eric G. Soller, Esquire<br>Pa. I.D. No. 65560<br>One Oxford Centre<br>The Thirty-Eighth Floor<br>Pittsburgh, PA 15219<br>(412) 263-2000<br>EGS@Pietragallo.com<br><br>*Attorneys for Defendant PerkinElmer, Inc.* | Charles H. Dougherty, Jr.<br>cdougherty@beckthomas.com<br>PA I.D. No. 83795<br>John C. Thomas III<br>jthomas@beckthomas.com<br>PA I.D. No. 85532<br>Beck & Thomas, P.C.<br>1575 McFarland Road<br>Suite 100<br>Pittsburgh, PA 15216<br>Phone: (412) 343-9700<br>Fax: (412) 343-5787<br><br>George C. Summerfield (*pro hac vice*)<br>summerfield@stadheimgrear.com<br>Christopher H. St. Peter (*pro hac vice*)<br>Stpeter@sstadheimgrear.com<br>Stadheim & Grear Ltd.<br>400 N. Michigan Avenue,<br>Suite 2200<br>Chicago, IL 60611<br>Phone: (312) 755-4400<br>Fax: (312) 755-4408<br><br>Shannon H. Paliotta<br>paliotta@pitt.edu<br>PA I.D. No. 91000<br>University of Pittsburgh Office of General Counsel<br>1710 Cathedral of Learning,<br>4200 Fifth Avenue<br>Pittsburgh, PA 15260-6404<br>Phone: (412) 624-5674 |

Fax: (412) 624-1606

*Attorneys for Plaintiff*
*The University of Pittsburgh –*
*of the Commonwealth System*
*of Higher Education*